IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Courtroom Deputy: Laura Galera | Date: July 22, 2013 |
| Court Reporter: Kara Spitler | Probation: Justine Kozak |

Criminal Action No. 12-cr-00078-RBJ

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD E. ALEKS,

    Defendant.

*Counsel*:

Thomas O'Rourke

Charles Elliott

## SENTENCING MINUTES

**Court in session:** 8:30 a.m.

Appearances of counsel.

Defendant is present on bond.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant's son, defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on May 10, 2012 to Count One of the Information.

**ORDERED:** Government's Motion for Departure #[19] is GRANTED.

**ORDERED:** Motion for Downward Departure/Variant Sentence #[20] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:** Defendant shall be **imprisoned** for **twelve months and 1 day.**

Court RECOMMENDS that the Bureau of Prisons place the defendant in Englewood, Colorado or Devens, Massachusetts.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment and restitution imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment and restitution** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

| | |
|---|---|
| (**X**) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence. |
| (**X**) | Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows: **$115,000, to be paid joint and several with Roger Howard and Oai Luong.** Interest is waived on the restitution amount.

**ORDERED:** Defendant may surrender voluntarily as follows: **Report to the designated institution within 15 days from the date of designation.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED**: Bond is discharged.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**Court in recess:** **9:09a.m.**

Hearing concluded.

Total time: 00:39